# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric A. Hyde,<br><br>                Plaintiff,<br><br>v.<br><br>Affiliated Business Consultants Incorporated,<br><br>                Defendant. | **NO. CV-15-00491-PHX-HRH**<br><br>**DEFAULT JUDGMENT** |

      Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Affiliated Business Consultants Incorporated. Judgment is entered in favor of plaintiff and against defendant in the amount of $500 statutory damages, $500 punitive damages, attorney fees in the amount of $2,200, and costs in the amount of $475, for a total judgment of $3,675. The judgment shall bear interest at the statutory rate.

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

November 16, 2015

                                            s/ Amanda T. Duran
                                 By    Deputy Clerk